IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

RONALD CATONE,

      Appellant,

v.

STATE OF FLORIDA, ET AL.,

      Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-2784

_____/

Opinion filed March 8, 2016.

An appeal from the Circuit Court for Leon County.
George Reynolds, III, Judge.

Ronald Catone, pro se, Appellant.

Barbara Debelius, Assistant General Counsel, Department of Corrections, Tallahassee, for Appellee.

PER CURIAM.

      AFFIRMED.  Kemp v. McDonough, 955 So. 2d 635 (Fla. 1st DCA 2007).

ROBERTS, C.J., SWANSON and KELSEY, JJ., CONCUR.